UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.

MARCOS ANTONIO TORRES-TENA          CASE NO.: 2:22-cr-60-SPC-NPM

_____/

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, by consent, appeared before me pursuant to Fed. R. Crim. P. 11 and M.D. Fla. R. 1.02, and entered a plea of guilty to Count One of the Indictment (Doc. 1).  After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary as to Count One and that the offense charged was supported by an independent basis in fact containing each of the essential elements of such Count.  I, therefore, **RECOMMEND** that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.  The parties have waived the fourteen-day objection period to this Report and Recommendation (Docs 19, 23).

Respectfully **RECOMMENDED** in Fort Myers, Florida on July 20, 2022.

NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
Presiding District Judge
Counsel of Record
Unrepresented Parties