UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:22-cr-60-SPC-NPM

MARCOS ANTONIO TORRES-TENA

---

**ORDER**[1]

Before the Court is the United States Magistrate Judge's Report and Recommendation. (Doc. 27). The Magistrate Judge recommends the Court accept Defendant's guilty plea and adjudicate Defendant guilty. The parties have waived the fourteen-day objection period. (Docs. 19, 23). After examining the file independently, and upon considering the Magistrate Judge's findings and recommendations, the Court accepts and adopts the Report and Recommendation.

Accordingly, it is

**ORDERED:**

(1) The Report and Recommendation (Doc. 27) is **ACCEPTED and ADOPTED**, and the findings incorporated herein.

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

(2) Defendant's plea of guilty is **ACCEPTED** and Defendant is **ADJUDICATED GUILTY** as to Count One of the Indictment.

(3) The sentencing hearing is set for **October 24, 2022, at 10:30 a.m.** before the undersigned.

**DONE AND ORDERED** in Fort Myers, Florida on July 22, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record